**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WALTER WILLIAMS                                                                              PLAINTIFF

v.                                              No. 3:09CV00146 JLH/JTR

DICK BUSBY,
Sheriff of Crittenden County, et al.                                            DEFENDANTS

**<u>ORDER OF DISMISSAL</u>**

On August 24, 2009, Plaintiff, who is currently confined in the Crittenden County Detention

Facility, commenced this *pro se* § 1983 action alleging that Defendants violated his constitutional

rights. *See* docket entry #2. On September 2, 2009, the Court ordered service upon the Defendants.

*See* docket entry #6. However, service has not yet been completed. On September 4, 2009, Plaintiff

filed a Motion for Voluntary Dismissal. *See* docket entry #8.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that: "the plaintiff may dismiss an

action without a court order by filing a notice of dismissal before the opposing party serves either

an answer or a motion for summary judgment." Defendants have not been served, nor have they

filed any pleadings in this case. Accordingly, Plaintiff is entitled to a voluntary dismissal of this

action.

IT IS THEREFORE ORDERED THAT:

1.       Plaintiff's Motion for Voluntary Dismissal (docket entry #8) is GRANTED, and this

case is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE.

2.       The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good

faith.

Dated this 9th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE